UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAIME LYNN PRITCHARD, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>COMENITY BANK,<br><br>        Defendant. | Case No. 2:15-cv-05994<br><br>**Judge Kevin McNulty**<br><br>**Magistrate Judge Michael A. Hammer** |

NOTICE OF RELATED ACTION

Plaintiff submits this Notice to inform the Court that a related action, *Sorrell v. Comenity LLC*, No. 3:16-CV-34, was filed in the Middle District of Georgia on March 25, 2016. The file-stamped *Sorrell* complaint is attached as Exhibit A.

Local Rule 40.1(c) states that "[w]hen a civil action . . . grows out of the same transaction as any case already pending in this Court . . . Counsel shall at the time of filing the action inform the Clerk of such fact." Although not pending in this Court, Plaintiff submits that the *Sorrell* matter "grows out of the same transaction" as the above referenced case, as it seeks certification of a class of plaintiffs that essentially identical to the class sought in the action pending before this Court.[1] Therefore, in an abundance of caution, Plaintiff respectfully provides notice of the related *Sorrell* action.

---

[1] *Compare* Exhibit A, at ¶ 43 ("All persons in the United States who, on or after May 26, 2014, had not given express written consent to be contacted by Defendants or a third-party dialing company acting on behalf of them, but whose wireless telephone number(s) were called by Defendants or a third party dialing company on behalf of them, using an autodialer. Excluded from the Class are individuals who had provided express written consent to be contacted by Defendants; employees, agents, officers, directors, and other individuals affiliated with Comenity and any third-party dialing service it employed; and officers, employees, or Judges of this court and their

| | |
|---|---|
| Dated: April 4, 2016 | Respectfully submitted, |

**KIM LAW FIRM LLC**

  /s/ *Yongmoon Kim*
Yongmoon Kim
Email: ykim@kimlf.com
411 Hackensack Avenue, 2nd Floor
Hackensack, NJ 07601
Telephone: (201) 273-7117
Facsimile: (201) 273-7117

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Jonathan D. Selbin (admitted *pro hac vice*)
Email: jselbin@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Daniel M. Hutchinson (admitted *pro hac vice*)
Email: dhutchinson@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

MEYER WILSON CO., LPA
Matthew R. Wilson (admitted *pro hac vice*)
Email: mwilson@meyerwilson.com
Michael J. Boyle, Jr. (admitted *pro hac vice*)
Email: mboyle@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

*Attorneys for Plaintiff and the Proposed Class*

---

family members.") with Dkt. No. 1, at ¶ 34 ("All persons within the United States who, on or after May 27, 2014, received a non-emergency telephone call from or on behalf of Comenity to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice, and who did not have a contractual relationship with Comenity.")