

**BALLARD SPAHR LLP**
Martin C. Bryce, Jr. (MCB6798)
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002
856-761-3400 (Telephone)
856-761-1020 (Facsimile)
bryce@ballardspahr.com

Attorneys for Defendant,
COMENITY BANK

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAIME LYNN PRITCHARD, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMENITY BANK,<br><br>Defendant. | CASE NO. 2:15-cv-05994-KM0-MAH<br><br><br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, PARTIES AND THEIR ATTORNEYS:**

**PLEASE TAKE NOTICE** that the parties have agreed to settle the above-entitled matter in its entirety. The parties anticipate that they will complete the settlement and file a stipulation of dismissal within 45 days from the date of this Notice.

In light of the settlement, the Parties respectfully request that the Court vacate all pending dates in this case.

\\\

Dated:  April 27, 2017

s/ Martin C. Bryce, Jr.
Martin C. Bryce (MCB6798)
bryce@ballardspahr.com
BALLARD SPAHR LLP
210 Lake Drive East, Suite 200
Cherry Hill, NJ  08002
(856) 761-3400
(856) 761-1020
Attorneys for Defendant
Comenity Bank

Dated:  April 27, 2017

s/ David J. Kaminski
Charles R. Messer (SBN: 101094)
MesserC@cmtlaw.com
David J. Kaminski (SBN: 128509)
KaminskiD@cmtlaw.com
Stephen A. Watkins (SBN: 205175)
WatkinsS@cmtlaw.com
CARLSON & MESSER LLP
9841 Airport Boulevard, Suite 1200
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile
Attorneys for Defendant,
Comenity Bank

Dated:  April 27, 2017

s/ Daniel M. Hutchinson
Daniel M. Hutchinson
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Tel: (415) 956-1000
dhutchinson@lchb.com
Attorneys for Plaintiff

Dated: April 27, 2017

s/ Matthew R. Wilson
Matthew R. Wilson
Michael J. Boyle, Jr.
MEYER WILSON CO., LPA
1320 Dublin Road, Suite 100
Columbus, OH 43215
Tel: (614) 222-6000
mwilson@meyerwilson.com
mboyle@meyerwilson.com
Attorneys for Plaintiff

Dated: April 27, 2017

s/ Yongmoon Kim
Yongmoon Kim
KIM LAW FIRM LLC
411 Hackensack Avenue, 2nd Floor
Hackensack, NJ 07601
Tel: (201) 273-7117
ykim@kimlf.com
Attorneys for Plaintiff

SO ORDERED

Kevin McNulty, U.S.D.J.
Date: 4/28/2017